IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STATE AUTOMOBILE MUTUAL INSURANCE COMPANY, | : : | CIVIL ACTION |
| Plaintiff, | : : | |
| v. | : : | |
| THE FRAMEWORKERS.COM, INC., JOSEPH LALLI t/a and/or d/b/a THE FRAMEWORKERS.COM and DAVID FRANTZ, | : : : : | No. 11-3271 |
| Defendants. | : | |

## ORDER

AND NOW, this **27th** day of **July, 2011**, upon consideration of David Frantz's Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(7), Plaintiff's response thereto, and for the reasons provided in this Court's Memorandum dated July 27, 2011, it is hereby **ORDERED** that the motion (Document No. 6) is **DENIED**.

BY THE COURT:

*[signature]*

**Berle M. Schiller, J.**