IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STATE AUTOMOBILE MUTUAL INSURANCE COMPANY, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| THE FRAMEWORKERS.COM, INC., JOSEPH LALLI t/a and/or d/b/a THE FRAMEWORKERS.COM, and DAVID FRANTZ, | : | |
| | : | |
| | : | No. 11-3271 |
| Defendants. | : | |

## ORDER

AND NOW, this **23rd** day of **August, 2012**, upon consideration of Defendant David Frantz's Motion for Summary Judgment and State Automobile Insurance Company's Brief in Opposition to Frantz's Motion for Summary Judgment Requesting the Court Decline Jurisdiction in this Declaratory Judgment Action, and for the reasons provided in this Court's Memorandum dated August 23, 2012, it is hereby **ORDERED** that:

1. Frantz's request that this Court decline jurisdiction over State Auto's declaratory judgment action is **GRANTED**.

2. Frantz's Motion for Summary Judgment (Document No. 28) is **DENIED as moot**.

3. State Auto's Motion for Summary Judgment (Document No. 26) is **DENIED as moot**.

4. Intervenor-Defendant George Carpozi III, Inc.'s Motion for Summary Judgment (Document No. 27) is **DENIED as moot**.

5. State Auto's Complaint is **DISMISSED**.

6.	The Clerk of Court is directed to close this case.

**BY THE COURT:**

_____
**Berle M. Schiller, J.**
